**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NORMAN PARSONS,** ) | CIV-F-04-6186 AWI DLB |
| ) | |
| **Plaintiff**, ) | ORDER RESETTING |
| ) | SCHEDULE FOR |
| v. ) | ADDITIONAL BRIEFING |
| ) | |
| **WE THE PEOPLE FOUNDATION FOR** ) | |
| **CONSTITUTIONAL EDUCATION,** ) | |
| **INC.,** ) | |
| ) | |
| **Defendant**. ) | |

Defendant moved to dismiss the suit for lack of personal jurisdiction on November 1, 2004. Oral argument was held on February 7, 2005. The court reserved judgment on the motion pending additional briefing and an evidentiary hearing. Plaintiff filed an ex parte request to reset the briefing and hearing schedule. Defendant filed an opposition to the request, to which Plaintiff filed a reply. Having considered the arguments presented, the Plaintiff's request to reset the schedule briefing and hearing schedule is granted.

Parties are given until 4:00 PM on Monday, May 16, 2005 to submit additional evidence and/or briefing. The necessity of holding an evidentiary hearing will be determined upon review of the materials submitted. Parties are reminded that this court's Order of February 9, 2005 granted discovery solely for the limited purpose of determining jurisdiction and venue.

1  IT IS SO ORDERED.

2  **Dated:**   **April 15, 2005**                              **/s/ Anthony W. Ishii**
   h7ehd6                                        UNITED STATES DISTRICT JUDGE

2