# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN PARSONS, ) | CV F 04-6186  AWI DLB |
| ) Plaintiff, ) | ORDER DENYING MOTION |
| v. ) | |
| ) | (Document #25) |
| WE THE PEOPLE FOUNDATION FOR ) CONSTITUTIONAL EDUCATION, ) INC., ) | |
| Defendant. ) | |

   An administrative review of the docket in this action reveals that one motion has been administratively termed as an outstanding motion that has been resolved by the court.   On January 3, 2005, Defendant asked for more time to file a reply to Plaintiff's opposition or for the court to strike Plaintiff's opposition.   On January 10, 2005, the court moved the hearing date on the pending motion, allowing Defendant more time to file the reply.   Thus, Defendant's motion has become moot.

   Accordingly, the court ORDERS that Defendant's January 3, 2005 motion for additional time to file a reply or strike the opposition is DENIED as moot.

IT IS SO ORDERED.

**Dated:     September 28, 2005**            /s/ Anthony W. Ishii
0m8i78                      UNITED STATES DISTRICT JUDGE